1078

[Nos. 26838-8-II; 27051-0-II.   Division Two.   December 31, 2002.]

MEGHAN BOTTEMILLER, ET AL., *Appellants*, v. GENTLE DENTAL SERVICE CORPORATION, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Clark County, No. 97-2-00995-6, Edwin L. Poyfair, J., entered January 5, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27149-4-II.   Division Two.   December 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE BRUNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01280-2, Roger A. Bennett, J., entered March 23, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27488-4-II.   Division Two.   December 31, 2002.]

JACK LEDUC, ET AL., *Respondents*, v. DOUGLAS MCLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-2-00789-0, H. John Hall, J., entered June 19, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27527-9-II.   Division Two.   December 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE T. MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-1-00076-3, Anna M. Laurie, J., entered June 25, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.